# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-50507

UNITED STATES OF AMERICA,

　　　　Plaintiff - Appellee

v.

LUTHER JONES,

　　　　Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, El Paso

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellant's motion for release pending sentencing is DENIED.

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 14, 2011

Lyle W. Cayce
Clerk

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.